# United States Court of Appeals
## For the First Circuit

No. 16-1199

RONDA KAUFMAN,
on behalf of herself and all others similarly situated,

Plaintiff, Appellant,

v.

CVS CAREMARK CORPORATION; CVS PHARMACY, INC.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on September 6, 2016, is amended as follows:

On page 17, line 21, "manufacture" is replaced with "manufacturer"

1